**Order entered January 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01078-CR

**ERIC ROSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's December 15, 2013 request for an extension of time to file the corrected record. The Court received the corrected record on December 30, 2013.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
         JUSTICE